IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>GURCHARAN KHAIRA, et al.,<br><br>　　　　Defendants. | 2:08-cv-1016-GEB-KJM<br><br>ORDER CONTINUING STATUS<br>(PRETRIAL SCHEDULING) |

　　　　Plaintiff states in his Status Report filed August 5, 2008, that defendants Gurcharan Khaira and Kwik Stop were served on May 27, 2008, and defendants Sukhdev Singh, Rajinder Sidhu and Mamjit Kaur were served on June 2, 2008, and have not yet responded to the Complaint.  Plaintiff failed to state when the action would be prosecuted if it is prosecuted as a default action.  Since such filing deadlines have been proposed, and it is contemplated under Rule 16 that such a deadline be prescribed as soon as practicable, Plaintiff shall do what is required for him to file a motion for default judgment within 45 days after this Order is filed.  If Plaintiff fails to do so, this action may be dismissed for failure to prosecute.

　　　　The status (pretrial scheduling) conference scheduled in

1 this case for August 18, 2008, is rescheduled to commence at 9:00 a.m.
2 on October 27, 2008.  Plaintiff shall file a status report no later
3 than fourteen days prior to the rescheduled status conference, in
4 which Plaintiff is only required to explain the status of the default
5 issue, unless a defendant has responded to plaintiff's Complaint.

6 <u>SERVICE, JOINDER OF ADDITIONAL PARTIES, AMENDMENT</u>

7 No further service, joinder of parties or amendments to
8 pleadings is permitted, except with leave of Court, good cause having
9 been shown.

10 Dated:  August 12, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge