UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,)
)   2:08-CV-01016-GEB-KJM
          Plaintiff,)
)
    v.)   ORDER DISMISSING ACTION
)
GURCHARAN KHAIRA, d/b/a Kwik Stop; )
RAJINDER SIDHU, d/b/a Kwik Stop;)
MAMJIT KAUR, d/b/a Kwik Stop;)
KWIK STOP, a California General)
Partnership;' SUKHDEV SINGH, d/b/a )
Kwik Stop,)
)
          Defendants.)

        Plaintiff failed to file a status report as required in the Order filed on August 19, 2008, and has not timely prosecuted this action.  Therefore, this action is dismissed without prejudice for failure to timely prosecute the action.

        IT IS SO ORDERED.

Dated:  October 23, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge